**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPAA DIVISION**

CHARITY ANN RYDER,

Plaintiff,

v. Case No: 8:24-cv-2461-JSM-NHA

ABC LIQUORS, INC.,

Defendant.

---

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Dkt. 8). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear her/its own attorney's fees and costs.
2. All pending motions, if any, are denied as moot.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of November, 2024.

James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record